# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON A. TOBEY | ) | Case No. |
| | ) | 3:18-mj-0024 DMC |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 24, 2018__ in the county of __Siskiyou__ in the
__Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 36 CFR 261.3(c) | Intimidating any Forest Officer engaged in the performance of duties for the protection of the National Forest System. |

This criminal complaint is based on these facts:

See attached Violations Report

☐ Continued on the attached sheet.

_____
Complainant's signature

CARSON HARRIS    PATROL CAPTAIN
Printed name and title

Sworn to before me and signed in my presence.

Date: 10-31-2018

_____
Judge's signature

City and state: Redding, California    Dennis M. Cota, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF LISA WILSON IN SUPPORT OF A
## CRIMINAL COMPLAINT

Lisa Wilson, Law Enforcement Officer with the United States Forest Service, being duly sworn, depose and state:

As set forth more fully below, on September 24th, 2018, Officer Wilson arrested **JASON F. TOBEY** (DOB 08-17-1973) for making deadly threats against commercial aircraft assigned to a Federal incident. Officer Wilson is submitting this affidavit in support of a request that a criminal complaint be issued for Mr. **TOBEY** for violating Title 36, Code of Federal Regulation 261.3(c), threatening/intimidating any Forest officer while engaged in, or on account of, the performance of duties for the protection the National Forest System.

## OFFICER TRAINING AND EXPERIENCE

1. Officer Wilson is a Law Enforcement Officer with the U.S. Forest Service and has been employed since 2012. She was trained as a Forest Service Law Enforcement Officer at the Federal Law Enforcement Training Center, located in Glynco, Georgia. She has received further training in search and seizure law and many other facets of law enforcement. She has completed PC 832, state arrest and firearms training.

2. During the course of her employment as a Forest Service Law Enforcement Officer, she has participated in numerous criminal investigations and have gained knowledge and experience by working with other Officers and Agents. She has participated and gained knowledge in large demonstration crowds, people threatening and intimidating Forest Service Employees, Emotionally Disturbed Persons, people under the influence of alcohol and controlled substances, and mentally disordered persons. In order to successfully interact with these people, Officer Wilson has utilized a variety of interview techniques and resources.

3. The information contained in this affidavit is based upon Officer Wilson's personal observations, observations of other law enforcement officers, her review of official police and government reports, and consultation with other agents and officers involved in the investigation. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, she has not included every fact known to her concerning this investigation. She has set forth only the facts that she believes are necessary to establish probable cause.

This Affidavit is made in support of the issuance of a Criminal Complaint charging **JASON F TOBEY**, on or about September 24th, 2018, in Siskiyou County, California, in the Eastern District of California with threatening/intimidating any Forest officer while

1

engaged in, or on account of, the performance of duties for the protection the National Forest System, in violation of 36 CFR 261.3(c).

## BACKGROUND OF INVESTIGATION STATEMENT OF PROBALBE CAUSE

5. On September 24, 2018, while exercising her duties as Law Enforcement Officer, U.S. Forest Service Law Enforcement Officer Lisa Wilson, #2237 was on uniformed patrol in a marked police unit, within the county of Siskiyou, in the Eastern District of California.

She states than on September 24, 2018 while exercising her duties as a law enforcement officer in the Eastern District of California, she received a report at 1006 HRS from a US Forest Service Firefighter that a male subject had entered the heliport, on September 23, 2018, at Mott Airport and had verbally accosted US Forest Service employees and other fire personnel. Mott Airport is owned by the City of Dunsmuir, however during large Federal incidents, in this particular instance helicopters assigned to the Delta Incident, the U.S. Government actively and presently manages aircraft for the purposes of landing, takeoff, and for secure overnight storage. There is a chain-link fence surrounding the airport on all sides with a gate for vehicle traffic. Owners of private aircraft stored at the airport are allowed access granted their aircraft is stored on site. Vehicle access most typically utilizes Mott Airport Road. She was told **TOBEY** was displeased in the continuous use of air space around his home and had threatened to "shoot the helicopters out of the sky," if they continued.

Approximately 40 minutes later, she received a call from the Redding Interagency Communication Center (RICC), that the male subject had returned to Mott Airport and had again threatened the aircraft. She responded to the location. Prior to her arrival at the scene, Siskiyou County Sheriff's Office Deputies responded as well, and located a male suspect matching the description at 1217 Mott Airport Road, his reported residence. She arrived at Mott Airport and located the Siskiyou County Sheriff's Deputies, who had a male suspect, identified as **Jason TOBEY** by name and date of birth, located in the back of a patrol vehicle. She also located a US Forest Service employee by the name of Jeff Schifflett. Mr. Schifflett told Officer Wilson **TOBEY** had attempted to gain access to the heliport the day previous after a helicopter had landed from the west and over **TOBEY's** home. **TOBEY** was stopped and was visibly upset. Mr. Schifflett told Officer Wilson **TOBEY** claimed the helicopter that had just landed was "show-boating," and had scared his wife and animals. Mr. Schifflett attempted to explain to him that the helicopter was not show-boating and that it had to land in the manner in which it did due to winds and terrain. **TOBEY** was displeased in this answer and told Mr. Schifflett he was going to "shoot the helicopter out of the sky." (SEE ATTACHED STATEMENT) **TOBEY** left after a short conversation.

**TOBEY** returned on September 24th, 2018, which was when law enforcement was called, when he again threatened to shoot a helicopter out of the sky, after it made an approach to the heliport from the south, away from the flight path of **TOBEY's** home due to the issue from the day prior. The helicopter hovered over its appointed landing spot but had to rotate the tail rotor 180 degrees due to take off adjustments. **TOBEY** left the heliport and was then contacted by the Siskiyou County Sheriff's Office. **TOBEY** was released into Officer Wilson's custody where she placed him under arrest for charge alleging 36 CFR 261.3(c), threatening/intimidating any Forest officer while engaged in, or on account of, the performance of duties for the protection the National Forest System. Officer Wilson placed him into custody due to his habitual deadly threats, close residence to the heliport, and ongoing use of the heliport by aircraft.

**TOBEY** was transported and booked in the Shasta County Jail, the closest approved Federal holding facility, where he was placed on a Federal hold until he could be retrieved for his mandatory court hearing the following day. Upon investigation, **TOBEY** had upwards of 12 registered firearms in the California DOJ Automated Firearms System and resides directly adjacent to Mott Airport.

## CONCLUSION

8. She placed **TOBEY** under arrest for 36 CFR 261.3(c), threatening/intimidating any Forest officer while engaged in, or on account of, the performance of duties for the protection the National Forest System.

9. As a result of the events described above, and her training and experience, there is probable cause to believe that **JASON F. TOBEY**, on or about September 23rd and 24th, 2018, in Siskiyou County, California, Eastern District of California, did threaten and intimidate any Forest officer while engaged in, or on account of, the performance of duties for the protection of the National Forest System in violation of 36 CFR 261.3(c). Therefore, she respectfully requests that a federal criminal complaint be issued for **JASON F. TOBEY** based upon this Affidavit.

Law Enforcement Officer
United States Forest Service

Sworn to and subscribed before
me this 31st day of October 2018.

DENNIS M. COTA
United States Magistrate Judge

3